IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINCENT LOWE, #299915, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-317-WHA |
| ) | |
| CHARLES WEST, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Vincent Lowe ("Lowe"), an inmate incarcerated at the Easterling Correctional Facility, filed this 42 U.S.C. § 1983 action on May 5, 2016. In this case, Lowe challenges conditions of confinement to which he was subjected during a prior term of incarceration at the Crenshaw County Jail. He also presents claims which go to the fundamental legality of his incarceration.

Upon initiation of this case, Lowe did not submit the necessary filing and administrative fees nor did he file an application seeking leave to proceed *in forma pauperis* before this court. The court therefore entered an order requiring that, on or before June 13, 2016, Lowe "file either the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis* . . . *or*, if he does not seek *in forma pauperis* treatment, the $350 filing fee and $50 administrative fee." Doc. 2 at 1. In accordance with this order, the Clerk of the Court provided Lowe with a copy of the *in forma pauperis* application used

by this court. The court also "cautioned [Lowe] that if he fails to comply with this order the Magistrate Judge will recommend that this case be dismissed." Doc. 2 at 2.

Lowe has filed nothing in response to this order within the time allowed by the court. The court therefore concludes that this case is due to be dismissed. *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (holding that, as a general rule, dismissal for failure to obey a court order is not an abuse of discretion where a litigant has been forewarned); *see Tanner v. Neal*, 232 Fed. App'x 924 (11th Cir. 2007) (affirming *sua sponte* dismissal without prejudice of inmate's § 1983 action for failure to file an amended complaint in compliance with court's prior order and warning of consequences for failure to comply).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to either pay the requisite fees attendant to filing the complaint or submit an application for leave to proceed *in forma pauperis* as ordered by this court.

It is further ORDERED that on or before July 11, 2016 the plaintiff may file objections to the Recommendation. The plaintiff must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to

factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).

DONE this 27th day of June, 2016.

/s/ Gray M. Borden
UNITED STATES MAGISTRATE JUDGE