IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT LOWE, #299915, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-317-WHA |
| | ) | |
| CHARLES WEST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3) entered on June 27, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, it is

ORDERED that:

1.  The Recommendation of the Magistrate Judge is hereby ADOPTED

2.  This case is DISMISSED without prejudice for Plaintiff's failure to pay the requisite fees upon initiation of this case or provide the court with financial information to determine whether he should be allowed to proceed *in forma pauperis* as required by an order of the court.

An appropriate Final Judgment will be entered separately.

DONE this 19th day of July, 2016.


            /s/    W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE